UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT ROBLES HERNANDEZ, JR., | No. C-12-1159 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| PERN. AND SHOUWN, | |
| Defendants. | |

Upon initial review, the Court determined that Plaintiff's complaint was incomprehensible and therefore subject to dismissal under 28 U.S.C. § 1915A as frivolous. The Court ordered Plaintiff to file an amended complaint and explained what he needed to do to state a claim under 42 U.S.C. § 1983. *See* June 22, 2012 Order Of Dismissal With Leave To Amend, p. 2. The Court cautioned Plaintiff that failure to file an amended complaint by the deadline would result in the dismissal of this action. Plaintiff did not file an amended complaint, and the deadline by which to do so has long passed. (Plaintiff did file a three page document (Docket # 6) that appears to quote at length a portion of a century-old speech urging the adoption of a constitutional amendment granting the right of suffrage to women, but that document does not allege any legal claim and cannot reasonably be construed to be an amended complaint.) Accordingly, this action is **DISMISSED** as frivolous.

///

///

///

///

1  Plaintiff's *in forma pauperis* application is **DENIED** as incomplete.  (Docket # 2.)

2  The Clerk shall close the file.

4  IT IS SO ORDERED.

6  Dated: September 13, 2012

_____
EDWARD M. CHEN
United States District Judge